IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SULLO, :
    Plaintiff :
  : No. 1:19-cv-00553
    v. :
  : (Judge Kane)
NATIONWIDE PROPERTY AND :
CASUALTY INSURANCE COMPANY, :
    Defendant :

# ORDER

**AND NOW**, on this 24th day of July 2019, in accordance with the Memorandum issued concurrently with this order, **IT IS ORDERED THAT** Plaintiff's motion to remand (Doc. No. 7), is **DENIED**. A separate Order scheduling a case management conference for the above-captioned case shall issue.

                                                        s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania